UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LUIS AUGUSTINE VASQUEZ,<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF IDAHO FALLS,<br><br>            Defendant. | Case No. 4:16-cv-00184-DCN<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision and Order entered on December 21, 2017,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of defendants, and that this case be dismissed in its entirety.

DATED: January 3, 2018

_____
David C. Nye
U.S. District Court Judge