T. Jason Wood, Esq. ISB No. 5016
WOOD LAW GROUP, PC
1906 Jennie Lee Dr.
Idaho Falls, ID  83404
Telephone: (208) 497-0400
Fax: (208) 932-4380
Email: jason@woodlaw.net

    Attorneys for Plaintiff

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LUIS AGUSTIN VASQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF IDAHO FALLS,<br><br>    Defendant. | Case No. 4:16-cv-184-DCN<br><br>NOTICE OF APPEAL |

    NOTICE IS HEREBY GIVEN that Plaintiff Luis Agustin Vasquez hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action by the District Court on the 3rd day of January, 2018 (Dkt. 34), and from its Memorandum Decision and Order dated March 1, 2018 (Dkt. 41), denying Plaintiff's Rule 59(e) motion (Dkt. 37).

    DATED April 2, 2018.

                                          WOOD LAW GROUP, PC

                                          By:  /s/_____
                                                  T. Jason Wood, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 2, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Blake G. Hall: | bgh@hasattorneys.com |
| Sam L. Angell: | sla@hasattorneys.com |

WOOD LAW GROUP, PC

By: /s/_____
T. Jason Wood, Esq.

C:\Users\T. Jason Wood\Box Sync\WLG\TJW\4131 VASQUEZ, LUIS\APPEAL\001 Ntc App.wpd